# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERESY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Docket No.: 12-cr-312(JLL) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| MIKAY TEJADA, | : | **CONSENT ORDER** |
| | : | |
| Defendant. | : | |
| | : | |

**THIS MATTER** having been opened to the Court by Howard B. Brownstein, Attorney for Mikay Tejada, asking for an Order to extend his hours on May 26, 2013 from 8:00 a.m. to 1:00 a.m for his son's birthday party. The celebration will take place at 501 W. 145th Street, 5th Fl. in New York. However Mr. Tejada would like the day to help set up the hall. Frances Bajada, AUSA, Erika DiPalma and Gianfranco Furelli, United States Pretrial Services, consenting thereto, and for good cause shown;

       **IT IS** on this _13_ day of _May_ , 2013

       **ORDERED** that Mr. Tejada be permitted to extend his hours for his son's birthday; and it is further

       **ORDERED** all other conditions of bail will remain the same.

_____
HONORABLE JOSE L. LINARES, U.S.D.J.